EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 03-00115 DAE BMK |
| ) | |
| Plaintiff, ) | APPLICATION FOR WRIT OF |
| ) | CONTINUING GARNISHMENT |
| v. ) | |
| ) | |
| WILLIAM NOBLE KAUPU, JR. aka ) | |
| WILLIAM N. KAUPU, JR. and ) | |
| WILLIAM N. KAUPU, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| ) | |
| STATE OF HAWAII, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a civil case, entered against the Defendant-Judgment Debtor WILLIAM KAUPU, JR. (hereinafter

referred to as "Debtor"), social security number XXX-XX-4103, whose last known address is: P.O. Box 1858, Kaunakakai, HI 96748, in the above cited action in the principal amount of $20,000.00, plus interest from the date of judgment at the rate of 1.27 percent per annum, until paid in full, computed daily and compounded annually, plus court costs in the amount of $150.00.

There is a balance of $20,232.46 that is due and owing as of July 25, 2008.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before July 25, 2008, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:
    STATE OF HAWAII
    Department of Accounting & General Services
    Accounting Division - Pre Audit Branch
    Attn: Claire Fukuji
    1151 Punchbowl Street
    Honolulu, HI 96813

DATED:   July 29, 2008  , at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii
                 /s/ Edric M. Ching
By_____
                EDRIC M. CHING
                Assistant U.S. Attorney
                Attorneys for the Plaintiff