Your Name: _____

Address:   _____

           _____

Phone:     _____

Defendant-Debtor: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>     Plaintiff,       )<br>                            )<br>     v.                )<br>                            )<br>WILLIAM NOBLE KAUPU, JR. aka )<br>WILLIAM N. KAUPU, JR. and )<br>WILLIAM N. KAUPU, )<br>     Defendant.      )<br>_____)<br>                            )<br>STATE OF HAWAII,      )<br>     Garnishee.      )<br>_____) | Civil No. 03-00115 DAE BMK<br><br>REQUEST FOR HEARING FORM |

REQUEST FOR HEARING FORM

[ ] I request that the Court hold a hearing in the matter.

[ ] I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____   Signature: _____