FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 04 2008

at 11 o'clock and 55 min  A. M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 03-00115 DAE BMK |
| Plaintiff, | ANSWER OF THE GARNISHEE FORM |
| v. | |
| WILLIAM NOBLE KAUPU, JR. aka WILLIAM N. KAUPU, JR. and WILLIAM N. KAUPU, | |
| Defendant, | |
| STATE OF HAWAII, | |
| Garnishee. | |

ANSWER OF THE GARNISHEE FORM

I, __SHEILA K. WALTERS__, state that:

I am the (State Official Title) CHIEF, PRE-AUDIT BR. of Garnishee, _____ a corporation, organized under the laws of the State of __HAWAII__.

On __JULY 31__, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _X_ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly _X_ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) 7/16/08
Enter the date the above pay period ends. 7/31/08

3.  The amount of the Debtor's net wages are:

    (a) Gross Pay                      $ 1850.50 (Semi-monthly)
    (b) Federal income tax             $  239.10
    (c) F.I.C.A. income tax            $  136.80
    (d) State income tax               $  114.40
    Total of tax withholdings          $  490.30
    Net Wages                          $ 1360.20
    (a less total of b,c,d)

4.  Have there been previous garnishments in effect?.
    ___ Yes.  X  No.  If the answer is "yes," describe below:
    _____
    _____
    _____

5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6.  The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ 1,850.50 (Semi-monthly gross wages) | 5th and 20th of each month. |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

(Complete items 7-9 below if applicable)

7.  The Garnishee makes the following claim of exemption on the part of the Debtor:
    _____
    _____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the _original_ of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a _copy_ of the Answer by first class mail to the Debtor, WILLIAM KAUPU, JR. at P.O. Box 1858, Kaunakakai, HI 96748.

The Garnishee delivered or mailed a _copy_ of the Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   JUL 31 2008

_____
Garnishee