STATE OF HAWAII
DEPARTMENT OF ACCOUNTING
AND GENERAL SERVICES
P. O. BOX 119
HONOLULU, HAWAII 96810

7002 2030 0007 1539 4762

CERTIFIED MAIL

CLERK OF THE U.S. DISTRICT COURT
ROOM C-338, U.S. COURTHOUSE
300 ALA MOANA BLVD
HONOLULU, HI 96850

UNITED STATES POSTAGE
$05.32
MAILED FROM ZIP CODE